# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORDY RICE,<br><br>                    Plaintiff,<br><br>       v.<br><br>CASTELLANOS, et al.,<br><br>                    Defendants. | Case No. 1:24-cv-01008-KES-EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM<br>**PLAINTIFF KORDY RICE,<br>CDCR #V-43736**<br><br>DATE: June 1, 2026<br>TIME: 8:30 a.m. |

**Kordy Rice**, inmate, CDCR # V-43736, a necessary and material witness on his own behalf in a settlement conference in this case on June 1, 2026, is confined in California State Prison, Corcoran (CSP-COR), in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear **in person** before a federal Magistrate Judge at California State Prison, Corcoran, 4001 King Avenue, Corcoran, CA 93212, on Monday, June 1, 2026 at 8:30 a.m.

### ACCORDINGLY, IT IS ORDERED that:

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property**, to appear **in person** to testify in the United States District Court at the time and place above, until completion of court proceedings or as ordered by the court.

2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3.  The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at California State Prison, Corcoran at (559) 992-7372 or via email.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, COR, P. O. Box 8800, Corcoran, California 93212:**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property**, to appear **in person** to testify before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.


IT IS SO ORDERED.


Dated:   **May 20, 2026**                        /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

