UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KORDY RICE,

          Plaintiff,

    v.

CASTELLANOS, et al.,

          Defendants.

No.  1:24-cv-01008-KES-EPG (PC)

ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE KORDY RICE, CDCR #V-43736

A settlement conference in this matter commenced on June 1, 2026.  Inmate Kordy Rice, CDCR #V-43736, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: ___8)1|2026___     _____

                              UNITED STATES MAGISTRATE JUDGE

1