UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KORDY RICE,

Plaintiff,

v.

CASTELLANOS, *et al.*,

Defendants.

Case No. 1:24-cv-01008-KES-EPG (PC)

ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) OF DEFENDANT RAMIREZ

(ECF No. 62).

On October 9, 2026, a joint stipulation for dismissal with prejudice of Defendant E. Ramirez was filed. (ECF No. 62).

In light of the parties' stipulation, this action has been terminated against Defendant E. Ramirez pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and Plaintiffs' claims against Defendant E. Ramirez have been dismissed with prejudice, with each party to bear its own costs and fees. Accordingly, the Clerk of Court is directed to terminate on the docket Defendant E. Ramirez.

IT IS SO ORDERED.

Dated: **October 13, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE