UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORDY RICE,<br>Plaintiff,<br>v.<br>CASTELLANOS, *et al.*,<br>Defendants. | Case No. 1:24-cv-01008-KES-EPG (PC)<br><br>ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) OF DEFENDANTS CASTELLANOS, ROBB, BROWN, AND ARREOLA<br><br>(ECF No. 64). |

On October 16, 2026, a joint stipulation for dismissal with prejudice of Defendants Castellanos, Robb, Brown, and Arreola was filed. (ECF No. 64).

In light of the parties' stipulation, this action has been terminated against all remaining defendants, and the case has been resolved in its entirety. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) Plaintiffs' claims against Defendants Castellanos, Robb, Brown, and Arreola have been dismissed with prejudice, with each party to bear its own costs and fees. Accordingly, the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: **October 16, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE